**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Meagan M Spencer, | No. CV-23-01604-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

This is a Social Security appeal. On August 14, 2023, the Court referred the matter to Magistrate Judge Bibles for the preparation of a report and recommendation ("R&R") as to the final disposition. (Doc. 7.) On May 24, 2024, Judge Bibles issued an R&R concluding that the ALJ's decision should be affirmed. (Doc. 24.) The R&R further explained that "[p]ursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.* at 45.)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court accepts the R&R's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and

1  recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328
2  F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's
3  findings and recommendations de novo *if objection is made*, but not otherwise.").

4  Accordingly,

5  **IT IS ORDERED** that:

6  1. The R&R (Doc. 24) is **adopted**.

7  2. The decision of the ALJ is **affirmed**.

8  3. The Clerk shall enter judgment accordingly and terminate this action.

9  Dated this 11th day of June, 2024.

Dominic W. Lanza
United States District Judge